IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA MERINO and ROBIN WEISS, as the guardian ad litem of JESSICA MERINO and DANIEL MERINO, minors,<br><br>    Plaintiffs,<br><br>v.<br><br>ALLSTATE INDEMNITY COMPANY,<br><br>    Defendant.<br>_____/ | No. C 04-02705 JSW<br><br><br><br><br>**JUDGMENT** |

For the reasons set forth in the Order issued this date, it is hereby ordered and adjudged that Defendant's motion for summary judgment is GRANTED and Plaintiffs' motion for summary judgment is DENIED.

The clerk is directed to enter judgment in favor of Defendant and against Plaintiffs. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: May 16, 2005

                                                                               /s/ Jeffrey S. White
                                                                   JEFFREY S. WHITE
                                                                   UNITED STATES DISTRICT JUDGE